### SAM REMER v. STATE.

No. A-332.    Opinion Filed February 6, 1911.

Appeal from Comanche County Court; J. H. Wolverton, Judge.

The appellant, Sam Remer, was convicted in the county court of Comanche county on a charge of selling intoxicating liquor, and he appeals. Affirmed.

Ray & Cunningham, for appellant.

PER CURIAM. Upon a careful examination of the record in this case we find no errors prejudicial to the rights of the appellant. The judgment of the lower court is therefore affirmed.

---

### A. J. DROKE v. STATE.

No. A-366.    Opinion Filed February 6, 1911.

Appeal from Coal County Court; R. H. Wells, Judge.

The appellant, A. J. Droke, was convicted in the county court of Coal county on a charge of having unlawful possession of intoxicating liquor, and he appeals. Affirmed.

Cutler, Trice & McInnis, for appellant.

PER CURIAM. Upon a careful examination of the record in this case we find no errors prejudical to the rights of the appellant. The judgment of the court below is therefore affirmed.